UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62168-CIV-DIMITROULEAS

DRYMISTAT, INC., a Florida corporation,
and STANLEY OSTER, an individual,

     Plaintiffs,

vs.

DOS CABALLOS CIGARS, LLC, a Florida corporation, BEE GLAMOROUS, LLC, a Florida corporation, CARLOS A. ALVAREZ, JR., an individual, and BRYAN TORRES an individual,

     Defendants.
_____/

**ORDER APPROVING NOTICE OF**
**VOLUNTARY DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 9], filed herein on December 21, 2011. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 12] is

    **APPROVED;**

2.    This cause is hereby **DISMISSED without prejudice**;

3.    The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 21st day of December, 2011.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record